Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*May 07, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §     CRIMINAL NO. **4:25-cr-00227** |
| v. | § |
| | § |
| ARTURO ADDISON RODRIGUEZ, | § |
| Defendant | § |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**Title 18, United States Code, Section 922(g)(1)**
**Felon In Possession of a Firearm**

On or about December 30, 2023, in the Houston Division of the Southern District of Texas, the Defendant,

**ARTURO ADDISON RODRIGUEZ**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at a firearm, to wit, a Mossburg 500 shotgun, serial number V0457950, and that the firearm had been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT TWO**
**Title 18, United States Code, Section 842(i)(1)**
**Felon In Possession of Explosives**

Between October 28, 2023 to December 30, 2023, in the Houston Division of the Southern District of Texas, the Defendant,

**ARTURO ADDISON RODRIGUEZ**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess explosives, to wit, M116A1 grenade simulators

containing a composition of potassium perchlorate and aluminum, and that the explosives had been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 842(i)(1) and 844(a)(1).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) as charged in Count One, is subject to forfeiture, including, but not limited to, the following:

- Mossburg 500 shotgun, serial number V0457950, and ammunition

**A TRUE BILL:**

Original Signature on File
**FOREPERSON OF THE GRAND JURY**

**NICHOLAS GANJEI**
**UNITED STATES ATTORNEY**

BY: _____
    Anh-Khoa T. Tran
    Assistant United States Attorney

2